UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

YEHUDA SHIV, SAGAM CAPITAL
MANAGEMENT CORP. and SAGAM
CAPITAL LLC,

          Defendants.

Civil Action No.
01CV11282 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/09

## FINAL JUDGMENT AS TO DEFENDANTS SAGAM CAPITAL MANAGEMENT CORP. AND SAGAM CAPITAL LLC

The Securities and Exchange Commission having filed a Complaint and Defendants Sagam Capital Management Corp. ("Sagam Management") and Sagam Capital LLC ("Sagam Capital") (collectively, the "Defendants"), having entered general appearances; consented to the Court's jurisdiction over the Defendants and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants are jointly and severally liable for disgorgement of $32,215,429 representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $12,370,562, for a total of $44,585,991. The Court is waiving payment of all but $1,495,851 in disgorgement and pre-judgment interest, and this payment has been deemed completely

Case 1:01-cv-11282-AKH   Document 283   Filed 03/24/09   Page 2 of 2

satisfied by the distribution of assets by the receiver for the Defendants as identified in the receiver's final fund accounting report.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consents are incorporated herein with the same force and effect as if fully set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: March 23, 2009

UNITED STATES DISTRICT JUDGE

2